**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:22-CV-621-RJC-DCK**

| | |
|---|---|
| KANANI WOLF, on behalf of themselves and all others similarly situated, | |
| *Plaintiffs*, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| BANK OF AMERICA, N.A., | |
| *Defendant*. | |

PLEASE TAKE NOTICE THAT named Plaintiff Kanani Wolf voluntarily dismisses her claims **WITHOUT** prejudice in the above-captioned action to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: December 23, 2022

 s/ David M.Wilkerson
David M. Wilkerson
NC State Bar No. 35742
THE VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
Phone: 828-258-2991
Fax: 828-257-2767
Email: dwilkerson@vwlawfirm.com